**Anthony KATSOUROS, Petitioner**

v.

**OFFICE OF the ARCHITECT OF the CAPITOL, Office of Compliance, Respondents.**

**No. 2014–6001.**

United States Court of Appeals, Federal Circuit.

Feb. 10, 2015.

Jeffrey Howard Leib, Washington, DC, argued for petitioner.

Imran Raza Zaidi, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for respondent Office of the Architect of the Capitol. Also represented by Stuart F. Delery and Marleigh D. Dover.

John Uelmen, Office of the General Counsel, Office of Compliance, Washington, DC, argued for respondent Office of Compliance. Also represented by Amy Victoria Dunning.

TARANTO, CLEVENGER, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**